IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **ROBERT SMITH, on behalf of himself and others similarly situated,**<br>　　　　Plaintiff,<br>v.<br>**ZOLL MEDICAL CORPORATION,**<br>　　　　Defendant. | Case No. 1:23-cv-10575 |
| **JOHN PRIDDY, on behalf of himself and others similarly situated,**<br>　　　　Plaintiff,<br>v.<br>**ZOLL MEDICAL CORPORATION,**<br>　　　　Defendant. | Case No. 1:23-cv-10588 |

## [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE CASES

AND NOW, this 24th day of April, 2023, upon consideration of Plaintiffs' Unopposed Motion to Consolidate Cases, it is hereby **ORDERED**, that the following cases are **CONSOLIDATED** for the purpose of litigation:

- *Smith v. ZOLL Medical Corporation*, No. 1:23-cv-10575
- *Priddy v. ZOLL Medical Corporation*, No. 1:23-cv-10588
- *McGilberry v. ZOLL Medical Corporation*, No. 1:23-cv-10597
- *Jemison v. ZOLL Medical Corporation*, No. 1:23-cv-10598

- *Pettaway v. ZOLL Medical Corporation*, No. 1:23-cv-10605
- *Gerth v. ZOLL Medical Corporation*, No. 1:23-cv-10616
- *Calvert v. ZOLL Medical Corporation*, No. 1:23-cv-10620
- *Lennon v. ZOLL Medical Corporation*, No. 1:23-cv-10640
- *Jury v. ZOLL Medical Corporation*, No. 1:23-cv-10657
- *Becker v. ZOLL Medical Corporation*, No. 1:23-cv-10653
- *Bendriss v. ZOLL Medical Corporation*, No. 1:23-cv-10660
- *Ron Prosky v. ZOLL Medical Corporation*, No. 1:23-cv-10675
- *David Pacholczak v. ZOLL Medical Corporation*, No. 1:23-cv-10755
- *Barbara Brown v. ZOLL Medical Corporation*, No. 1:23-cv-10702
- *Patricia McMahon v. ZOLL Medical Corporation*, No. 1:23-cv-10784

All above-referenced actions, ~~and any related actions subsequently filed, transferred, or removed to this cou~~at shall be consolidated under the docket number of the first filed case, *Smith v. ZOLL Medical Corporation*, No. 1:23-cv-10575.

All deadlines for Defendant to file a responsive pleading in the above-referenced actions are hereby ADJOURNED.

Within fourteen (14) days of the date of this Order, counsel for Plaintiffs shall file with the Court any and all applications for appointment of interim class counsel pursuant to Fed. R. Civ. P. 23(g).

Plaintiffs shall file a consolidated complaint within thirty (30) days from the Court's order appointing interim class counsel.

BY THE COURT:

*/s/ Indira Talwani*

The Honorable Indira Talwani