# EXHIBIT 1



an Asahi Kasei company
269 Mill Road
Chelmsford, MA 01824

March 10, 2023



J1341-L02-0000002 T00001 P001 ********SCH 5-DIGIT 12345
SAMPLE A SAMPLE - L02 US HIPAA + STATE LAW PATIENT
APT ABC
123 ANY STREET
ANYTOWN, ST 12345-6789

Dear Sample A. Sample:

ZOLL recently learned of a data security incident that may have affected some of your protected health information. We are writing to notify you of this incident as well as provide you with information on the actions that ZOLL has taken in response, resources available to you, and steps you can take to protect yourself.

**Notice of Data Security Incident**
ZOLL recently experienced a cybersecurity incident that may have resulted in the disclosure of some of your protected health information. Based on our investigation, we have no indication that any of your information has been misused. ZOLL is notifying all individuals whose information was affected.

**What Happened?**
On January 28, 2023, we detected unusual activity on our internal network, and we promptly took steps to mitigate the incident. We consulted with third-party cybersecurity experts to assist with our response to the incident, and we notified law enforcement. We determined that your information may have been affected on or about February 2, 2023. Our investigation into the incident is ongoing.

**What Information Was Involved?**
Information that may have been disclosed includes your name, address, date of birth, and Social Security number. It may also be inferred that you used or were considered for use of a ZOLL product.

**What Measures Have We Taken to Remedy the Situation?**
We consulted with third-party cybersecurity experts to assist with our response to and remediation of the incident, and we notified law enforcement and federal and state regulatory agencies as required by law.

Additionally, to help protect your identity, we are offering complimentary access to Experian IdentityWorks$^{SM}$ for 24 months.

If you believe there was fraudulent use of your information and would like to discuss how you may be able to resolve those issues, please reach out to an Experian agent. If, after discussing your situation with an agent, it is determined that identity restoration support is needed then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred from the date of the incident (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper condition).

0000002

J1341_L02

Please note that Identity Restoration is available to you for 24 months from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration.

While identity restoration assistance is immediately available to you, we also encourage you to activate the fraud detection tools available through Experian IdentityWorks as a complimentary 24-month membership. This product provides you with superior identity detection and resolution of identity theft. To start monitoring your personal information, please follow the steps below:

- Ensure that you **enroll by** May 31, 2023 (Your code will not work after this date.)
- **Visit** the Experian IdentityWorks website to enroll: https://www.experianidworks.com/pluscreditlock
- Provide your **activation code**: **ABCDEFGHI**

If you have questions about the product, need assistance with Identity Restoration that arose as a result of this incident or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at **800-459-5782** by May 31, 2023. Be prepared to provide engagement number            as proof of eligibility for the Identity Restoration services by Experian.

### ADDITIONAL DETAILS REGARDING YOUR 24-MONTH EXPERIAN IDENTITYWORKS MEMBERSHIP

A credit card is not required for enrollment in Experian IdentityWorks. You can contact Experian immediately regarding any fraud issues, and have access to the following features once you enroll in Experian IdentityWorks:

- **Experian credit report at signup:** See what information is associated with your credit file. Daily credit reports are available for online members only.*
- **Credit Monitoring:** Actively monitors Experian file for indicators of fraud.
- **Internet Surveillance:** Technology searches the web, chat rooms & bulletin boards 24/7 to identify trading or selling of your personal information on the Dark Web.
- **Identity Restoration:** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Experian IdentityWorks ExtendCARE$^{TM}$:** You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks membership has expired.
- **$1 Million Identity Theft Insurance**:** Provides coverage for certain costs and unauthorized electronic fund transfers.

* Offline members will be eligible to call for additional reports quarterly after enrolling.

** The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

**What You Can Do**
It is important to be careful when receiving emails or other communications from unknown individuals, including any communications with your medical details. You may also take advantage of the complimentary identity protection services being offered.

**For More Information**

We sincerely regret any inconvenience or concern this incident may cause you. If you have any questions or need any additional information, please do not hesitate to call **800-459-5782** toll-free Monday through Friday from 8 am – 10 pm Central, or Saturday and Sunday from 10 am – 7 pm Central (excluding major U.S. holidays). Be prepared to provide your engagement number **B086101.**

Sincerely,

Jonathan A. Rennert, Chief Executive Officer

*This is a legal notice that is sent to all individuals whose information was potentially affected, which is why you are receiving this letter, even if you never used or are no longer using ZOLL products.*

0000002

J1341_L02

**Information about Identity Theft Protection**

**Monitor Your Accounts**

We recommend that you regularly review statements from your accounts and periodically obtain your credit report from one or more of the national credit reporting companies. You may obtain a free copy of your credit report online at www.annualcreditreport.com, by calling toll-free 1-877-322-8228, or by mailing an Annual Credit Report Request Form (available at www.annualcreditreport.com) to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA, 30348-5281. You may also purchase a copy of your credit report by contacting one or more of the three national credit reporting agencies listed below.

| Equifax® | Experian | TransUnion® |
|---|---|---|
| P.O. Box 740241 | P.O. Box 9701 | P.O. Box 1000 |
| Atlanta, GA 30374-0241 | Allen, TX 75013-9701 | Chester, PA 19016-1000 |
| 1-800-685-1111 | 1-888-397-3742 | 1-800-888-4213 |
| www.equifax.com | www.experian.com | www.transunion.com |

When you receive your credit reports, review them carefully. Look for accounts or creditor inquiries that you did not initiate or do not recognize. Look for information, such as home address and Social Security number that is not accurate. If you see anything you do not understand, call the credit reporting agency at the telephone number on the report.

**Credit Freeze**

You have the right to put a security freeze, also known as a credit freeze, on your credit file, so that no new credit can be opened in your name without the use of a Personal Identification Number (PIN) that is issued to you when you initiate a freeze. A credit freeze is designed to prevent potential credit grantors from accessing your credit report without your consent. If you place a credit freeze, potential creditors and other third parties will not be able to access your credit report unless you temporarily lift the freeze. Therefore, using a credit freeze may delay your ability to obtain credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. Should you wish to place a credit freeze, please contact all three major consumer reporting agencies listed below.

| Equifax | Experian | TransUnion |
|---|---|---|
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 2000 |
| Atlanta, GA 30348-5788 | Allen, TX 75013-9554 | Chester, PA 19016-2000 |
| 1-800-685-1111 | 1-888-397-3742 | 1-888-909-8872 |
| www.equifax.com/personal/ credit-report-services | www.experian.com/ freeze/center.html | www.transunion.com/ credit-freeze |

You must separately place a credit freeze on your credit file at each credit reporting agency. The following information should be included when requesting a credit freeze:

1) Full name, with middle initial and any suffixes;
2) Social Security number;
3) Date of birth (month, day, and year);
4) Current address and previous addresses for the past five (5) years;
5) Proof of current address, such as a current utility bill or telephone bill;
6) Other personal information as required by the applicable credit reporting agency;

If you request a credit freeze online or by phone, then the credit reporting agencies have one (1) business day after receiving your request to place a credit freeze on your credit file report. If you request a lift of the credit freeze online or by phone, then the credit reporting agency must lift the freeze within one (1) hour. If you request a credit freeze or lift of a credit freeze by mail, then the credit agency must place or lift the credit freeze no later than three (3) business days after getting your request.

**Fraud Alerts**

You also have the right to place an initial or extended fraud alert on your file at no cost. An initial fraud alert lasts 1-year and is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's

credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years. Should you wish to place a fraud alert, please contact any one of the agencies listed below. The agency you contact will then contact the other two credit agencies.

| Equifax | Experian | TransUnion |
|---|---|---|
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 2000 |
| Atlanta, GA 30348-5788 | Allen, TX 75013-9554 | Chester, PA 19016-2000 |
| 1-888-766-0008 | 1-888-397-3742 | 1-800-680-7289 |
| www.equifax.com/personal/credit-report-services | www.experian.com/fraud/center.html | www.transunion.com/fraud-victim-resource/place-fraud-alert |

**Monitor Your Personal Health Information**

If applicable to your situation, we recommend that you regularly review the explanation of benefits statement that you receive from your insurer. If you see any service that you believe you did not receive, please contact your insurer at the number on the statement. If you do not receive the regular explanation of benefits statements, contact your provider and request them to send such statements following the provision of services in your name or number.

You may want to order copies of your credit reports and check for any medical bills that you do not recognize. If you find anything suspicious, call the credit reporting agency at the phone number on the report. Keep a copy of this notice for your records in case of future problems with your medical records. You may also want to request a copy of your medical records from your provider, to serve as a baseline. If you are a California resident, we suggest that you visit the website of the California Office of Privacy Protection at www.privacy.ca.gov to find more information about your medical privacy.

**Additional Information**

You can further educate yourself regarding identity theft and the steps you can take to protect yourself, by contacting your state Attorney General or the Federal Trade Commission. Instances of known or suspected identity theft should be reported to law enforcement, your Attorney General, and the FTC.

**The Federal Trade Commission**
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-ID-THEFT (1-877-438-4338)
TTY: 1-866-653-4261
www.ftc.gov/idtheft

If you are a resident of the **District of Columbia**, you may wish to contact the Office of the Attorney General, Office of Consumer Protection at 400 6th Street, NW
Washington, DC 20001, by phone at 202-442-9828 or by email at consumer.protection@dc.gov. You can also visit the Office of Consumer Protection's website at https://oag.dc.gov/consumer-protection for more information.

If you are a resident of **Iowa**, you may wish to report suspected incidents of identity theft to local law enforcement or the Attorney General, Consumer Protection Division, at Hoover State Office Building, 1305 E. Walnut Street, Des Moines, Iowa 50319-0106, by phone at 515-281-5926 or 888-777-4590, or by email at consumer@ag.iowa.gov. You can also visit the Consumer Protection Division website at https://www.iowaattorneygeneral.gov/for-consumers for more information.

If you are a resident of **Maryland**, you may wish to contact the Attorney General, Consumer Protection Division, for more information at 200 St. Paul Place, Baltimore, MD 21202, by telephone at 410-528-8662 or 888-743-0023, or by email at Consumer@oag.state.md.us.
You can also visit the Consumer Protection Division website at https://www.marylandattorneygeneral.gov/Pages/CPD/default.aspx for more information.

If you are a resident of **Massachusetts**, please note that you have the right to file or obtain a police report related to this incident.

If you are a resident of **New Mexico**, please note your rights under the Fair Credit Reporting Act, which can be viewed here https://files.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf.

If you are a resident of **New York**, you may wish to contact the Attorney General's Office at The Capitol, Albany, NY 12224-0341, or by telephone at 800-771-7755 or 800-788-9898. You may also contact the Department of State, Consumer Protection Division at 800-697-1220 or to visit https://www.dos.ny.gov/consumerprotection/ for more information.

If you are a resident of **North Carolina**, you may wish to contact the Attorney General's Office at 9001 Mail Service Center Raleigh, NC 27699-9001, or by telephone at 919-716-6000. You can also find more information from the Consumer Protection Division by visiting https://ncdoj.gov/protecting-consumers/.

If you are a resident of **Oregon**, you may wish to contact the Attorney General's Consumer Protection Division by email at help@oregonconsumer.gov or by telephone at 877-877-9392. You may also visit https://www.doj.state.or.us/consumer-protection/ for more information.

If you are a resident of **Puerto Rico**, please note that there were 1,301 affected patients residing in Puerto Rico.

If you are a resident of **Rhode Island**, you may wish to contact the Attorney General's Office, Consumer Protection, at 150 South Main Street Providence, RI 02903 or by telephone at 401-274-4400. You may also visit https://riag.ri.gov/consumerprotection for more information. You also have the right to file or obtain a police report. Please not that there were 1,767 affected patients residing in Rhode Island.

If you are a resident of **Texas**, please note that there were 105,306 affected patients residing in Texas.

Remember to remain vigilant in reviewing your account statements, monitoring your free credit reports, and for incidents of fraud or identity theft.