UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH, JOHN PRIDDY, RANDY MCGILBERRY, TIMOTHY JEMISON, NATHANIEL GERTH, GARY BECKER, AMINE M. BENDRISS, BARBARA BROWN, DAVID PACHOLCZAK, PATRICIA MCMAHON, and EVAN WEESE, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ZOLL MEDICAL CORPORATION,<br><br>      Defendant. | Case No.: 1:23-CV-10575-IT |

**DEFENDANT ZOLL MEDICAL CORPORATION'S
MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant ZOLL Medical Corporation ("ZOLL") moves the Court to dismiss Plaintiffs' Consolidated Class Action Complaint ("Amended Complaint") for lack of standing to bring such claims and failure to state a claim for relief. For the reasons set forth in the accompanying Memorandum in Support, the Amended Complaint should be dismissed with prejudice in its entirety.

Dated: April 11, 2024

                                    Respectfully submitted,

                                    */s/ Gilbert S. Keteltas*
                                    James H. Rollinson (BBO # 649407)
                                    BAKER & HOSTETLER LLP
                                    jrollinson@bakerlaw.com

        127 Public Square, Suite 2000
        Cleveland, OH 44114-1214
        Telephone:   216.621.0200

        Gilbert S. Keteltas (*pro hac vice*)
        BAKER & HOSTETLER LLP
        Gketeltas@bakerlaw.com
        1050 Connecticut Avenue NW
        Suite 1100
        Washington, D.C. 20036
        Telephone:   202.861.1530

        *Attorneys for Defendant ZOLL Medical Corporation*