**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **JOHN PRIDDY, RANDY MCGILBERRY, TIMOTHY JEMISON, NATHANIEL GERTH, GARY BECKER, AMINE M. BENDRISS, BARBARA BROWN, DAVID PACHOLCZAK, PATRICIA MCMAHON, and EVAN WEESE, on** behalf of themselves and others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>**ZOLL MEDICAL CORPORATION,**<br><br>       Defendant. | Case No. 1:23-cv-10575-IT |

**PLAINTIFFS' UNOPPOSED MOTION TO DIRECT CLASS NOTICE AND GRANT PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs John Priddy, Randy McGilberry Timothy Jemison, Nathaniel Gerth, Gary Becker, Amine M. Bendriss, Barbara Brown, David Pacholczak, Patricia McMahon, and Evan Weese (collectively, "Plaintiffs"), will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for the entry of an Order:

1. Preliminary approving the Settlement Agreement between Plaintiffs and Defendant ZOLL Medical Corporation;

2. Approving the form, manner, and content of the notice of the proposed settlement to the Class;

3. Appointing Eisner Advisory Group, LLC ("EisnerAmper") as the Settlement Administrator;

4. Appointing John Priddy, Randy McGilberry Timothy Jemison, Nathaniel Gerth, Gary Becker, Amine M. Bendriss, Barbara Brown, David Pacholczak, Patricia McMahon, and Evan Weese as Settlement Class Representatives, with Patricia McMahon and Evan Weese serving as Class Representatives for the SSN Subclass, and John Priddy, Randy McGilberry, Nathaniel Gerth, Gary Becker, Amine M. Bendriss, Barbara Brown, David Pacholczak, and Timothy Jemison as Class Representatives for the Non-SSN Subclass.

5. Appointing Jean S. Martin of Aylstock, Witkin, Kreis and Overholtz as Settlement Class Counsel; and

6. Setting a Fairness Hearing date and briefing schedule for final approval of the Settlement and consideration of Proposed Class Counsel's fee application and Plaintiffs' service awards.

The grounds for this motion are that the proposed settlement is within the necessary range of reasonableness to justify granting preliminary approval pursuant to Rule 23(e). This motion is based upon the unopposed Motion for Preliminary Approval of Class Action Settlement, the Memorandum of Law in Support, the Settlement Agreement entered into by the Parties, the Declaration of Jean S. Martin filed herewith, the pleadings and papers on file in this action, and such oral argument and documentary evidence as may be presented at the hearing on this motion.

Dated: April 22, 2026

Respectfully Submitted,


/s/ *Jean Martin*
Jean S. Martin (N.C. Bar No. 25703)
**AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ PLC**
17 East Main Street, #200
Pensacola, Florida 32502
Telephone: (850) 266-2893
Facsimile: (850) 916-7449
Email: jmartin@awkolaw.com

3